**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01060-CV

**LAZO TECHNOLOGIES, INC., ET AL., Appellants**

**V.**

**HEWLETT-PACKARD COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06786-D**

## ORDER

We **GRANT** the February 12, 2015 motion of nonresident attorney, Patricia M. Hamill, for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Patricia M. Hamill as counsel *pro hac vice*.

We **GRANT** the February 12, 2015 motion of nonresident attorney, Deborah J. Krabbendam, for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Deborah J. Krabbendam as counsel *pro hac vice*.

/s/    ELIZABETH LANG-MIERS
        JUSTICE